UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Darryl E. Robinson, | ) | |
|                Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| G.E. Avaition, | ) | No. 7:10-CV-240-BR |
| | ) | |
|                Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration on the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment is ALLOWED. Plaintiff's motion for summary judgment is DENIED. This action is DISMISSED.

**This judgment filed and entered on February 24, 2012, and served on:**

Darryl E. Robinson (via US Mail at PO Box 543, Castle Hayne, NC 28429)
G. Randall Ayers (via CM/ECF Notice of Electronic Filing)
Matthew B. Davis (via CM/ECF Notice of Electronic Filing)
Raymond L. Walther (via CM/ECF Notice of Electronic Filing)

February 24, 2012                                                       /s/ Dennis P. Iavarone,
                                                                                      Clerk of Court